UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL EDWARD KEITH, Jr.,

        Petitioner,               Case No. 1:12-cv-71

v.                                Honorable Paul L. Maloney

SHIRLEE HARRY,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner's motion to hold this action in abeyance (docket #3) is GRANTED. This action is hereby stayed until Petitioner files a motion to reopen these proceedings. Such motion must be filed not later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's unexhausted claims and shall include a description of the newly exhausted claims and the dates and substance of decision at each step of state-court review.

IT IS FURTHER ORDERED that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

IT IS FURTHER ORDERED that this case shall be administratively closed until such time as Petitioner files a motion to reopen these proceedings in accordance with the procedures set forth in this order.

Dated:   February 9, 2012                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge