UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL EDWARD KEITH, JR.,

        Petitioner,                      Case No. 1:12-cv-71

v.                                        Honorable Paul L. Maloney

SHIRLEE HARRY,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:   November 16, 2016          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge